United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BROCK EVANS FINANCIAL COUNSEL, LTD., a Colorado corporation, <br><br> Defendant. | Case No. 3:15-cv-01763-TEH <br><br> **NOTICE OF REFERRAL AND ORDER** <br><br> [Re: ECF No. 46] |

The district court has referred all discovery matters to the undersigned. (Order of Reference, ECF No. 46.[1]) No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. If counsel cannot navigate the filing of a joint

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the tops of the documents.

NOTICE OF REFERRAL AND ORDER (3:15-cv-01763-TEH)

1  letter brief, they may schedule a short case management conference call through courtroom deputy
2  Lashanda Scott.
3      The letter brief must be filed under the Civil Events category of "Motions and Related Filings
4  > Motions - General > Discovery Letter Brief." After reviewing the joint letter brief, the court will
5  evaluate whether future proceedings are necessary, including any further briefing or argument.
6      **IT IS SO ORDERED.**
7      Dated: November 5, 2015

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND ORDER (3:15-cv-01763-TEH)