1  Erwin J. Shustak, Esq. (119152)
   Email: shustak@shufirm.com
2  Jonah A. Toleno, Esq. (209600)
   Email: jtoleno@shufirm.com
3  Katherine S. DiDonato, Esq. (272704)
4  Email: kdidonato@shufirm.com
   SHUSTAK REYNOLDS & PARTNERS, P.C.
5  401 West "A" Street, Suite 2250
   San Diego, CA 92101
6  Telephone: (619) 696-9500
7  Facsimile: (619) 615-5290

8  Attorneys for Defendant
   Bock Evans Financial Counsel, LTD
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOCK EVANS FINANCIAL COUNSEL, LTD, a Colorado corporation;<br><br>Defendant. | Case No. CV-15-1763 TEH<br><br>**PUTATIVE CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Hearing Date: January 25, 2016<br>Time: 10:00 a.m. |

- 1 -
NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL                    CV-15-1763 TEH

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 25, 2016, at 10:00 a.m., or as soon thereafter as may be heard in Courtroom 2 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, the law firm Shustak Reynolds & Partners, P.C. (herein the "Shustak Firm") will and hereby does respectfully seek leave of this Court, pursuant to Local Rule 11-5 and in compliance with California *Rules of Professional Conduct* 3-700, as well as the ABA *Model Rules of Professional Conduct* 1.16, to withdraw as counsel for Defendant Bock Evans Financial Counsel Ltd ("Bock Evans" or "Defendant").

Counsel states the following grounds for this Notice and Motion:

1. Without disclosing attorney-client privileged information, Bock Evans has incurred and continues to incur, substantial attorney fees and costs, exceeding $80,000, which it has failed and refuses to pay, hindering counsel's ability to take the necessary litigation strategies and steps to continue to diligently pursue and protect its best interests. Further, irreconcilable differences have arisen between Bock Evans and the Shustak Firm concerning material advice given to Bock Evans concerning this litigation.

2. The interests of the Court, the Court's calendar, judicial economy, and the rights and calendars of all of the litigants would be best-served by withdrawal of the Shustak Firm at this stage of the litigation. Currently no deadlines have been set regarding class certification or trial, thus, sufficient time exists for Bock Evans to retain new counsel and for said new counsel to sufficiently familiarize itself with this matter prior to any significant deadlines in this matter. This is especially true considering Bock Evans is expected to file a Bankruptcy petition, through other counsel, in the near future.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Erwin J. Shustak, all pleadings and papers on file in this matter, and upon such other matters as may be presented to, or requested by, the Court at the time of the hearing on this motion.

DATED:  December 15, 2015

Submitted by,

SHUSTAK REYNOLDS & PARTNERS, P.C.
ERWIN J. SHUSTAK, ESQ.
JONAH A. TOLENO, ESQ.
KATHERINE A. DIDONATO, ESQ.


 s/   Katherine S. DiDonato
Email:    kdidonato@shufirm.com

401 West "A" Street, Suite 2250
San Diego, CA 92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

*Attorneys for Defendant Bock Evans Financial Counsel, LTD*