1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BOCK EVANS FINANCIAL COUNSEL, LTD, a Colorado corporation;<br><br>                Defendant. | Case No. CV-15-1763 TEH<br><br>**PUTATIVE CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**<br><br>Judge:   Hon. Thelton E. Henderson<br><br>Hearing Date: January 25, 2016<br>Time: 10:00 a.m. |

    Having reviewed the Motion to Withdraw as Counsel filed by SHUSTAK REYNOLDS & PARTNERS, P.C. and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the Motion is GRANTED. SHUSTAK REYNOLDS & PARTNERS, P.C., and all of its members, hereby are permitted to withdraw, as counsel of record in the above-captioned action for Defendant BOCK EVANS FINANCIAL COUNSEL, LTD, effective immediately upon issuance of this ORDER. SHUSTAK REYNOLDS & PARTNERS, P.C shall continue to receive all papers served in this action and forward them to the appropriate

1  representative of BOCK EVANS FINANCIAL COUNSEL, LTD until substitute counsel is
2  appointed.
3       IT IS SO ORDERED.
4
5  DATED: December    , 2015

                                           Hon. Thelton E. Henderson
                                           U.S. District Court Judge