## CERTIFICATE OF SERVICE

I, the undersigned declare as follows:

I am employed in the County of San Diego, California; I am over the age of eighteen years and am not party to this action. My business address is 401 West "A" Street, Suite 2250, San Diego, California, 92101. On December 15, 2015, I served the following documents:

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**

**DECLARATION OF ERWIN J. SHUSTAK, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD**

**(X)   BY ECF (ELECTRONIC CASE FILING):** I e-filed the above referenced documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service. Counsel of record are required to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under the penalty of perjury that the foregoing is true and correct and that this Declaration of Service was executed on December 15, 2015, at San Diego, California.

DATED: December 15, 2015            Submitted by,

SHUSTAK REYNOLDS & PARTNERS, P.C.
ERWIN J. SHUSTAK, ESQ.
JONAH A. TOLENO, ESQ.
KATHERINE S. DIDONATO, ESQ.


s/ Katherine S. DiDonato
Email:  kdidonato@shufirm.com

**SERVICE OF LIST**

*Charlotte Milliner, et al. v. Bock Evans Financial Counsel, LTD.*

**USDC Northern District of California**

**Case No: CV-15-1763 TEH**

| | |
|---|---|
| David Sturgeon-Garcia, Esq.<br>THE LAW OFFICES OF DAVID STURGEON-GARCIA<br>1042 Country Club Drive, Suite 1A<br>Moraga, CA 94556<br>Telephone: (925) 235-7290<br>Facsimile: (925) 235-7319<br>dsglaw@comcast.net | ATTORNEYS FOR PLAINTIFFS CHARLOTTE MILLINER AND JOANNE BREM AND THE PUNITIVE CLASS ACTION |
| Charles D. Marshall, Esq.<br>MARSHALL LAW FIRM<br>2121 N. California Blvd, Suite 290<br>Walnut Creek, CA 92596<br>Telephone (925) 575-7105<br>Facsimile: (855) 575-7105<br>edm@marshall-law-firm.com | ATTORNEYS FOR PLAINTIFFS CHARLOTTE MILLINER AND JOANNE BREM AND THE PUNITIVE CLASS ACTION |
| Erwin J. Shustak, Esq. (119152)<br>Jonah A. Toleno, Esq. (209600)<br>Katherine S. DiDonato, Esq. (272704)<br>SHUSTAK REYNOLDS & PARTNERS, P.C.<br>401 West "A" Street, Suite 2250<br>San Diego, CA 92101<br>Telephone: (619) 696-9500<br>Facsimile: (619) 615-5290<br>eshustak@shufirm.com<br>jtoleno@shufirm.com<br>kdidonato@shufirm.com | ATTORNEYS FOR DEFENDANT BOCK EVANS FINANCIAL COUNSEL, LTD. |

CERTIFICATE OF SERVICE                                                       3:15-cv-01763 TEH