UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOCK EVANS FINANCIAL COUNSEL, LTD., <br><br> Defendant. | Case No. 15-cv-01763-TEH <br><br> **ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION TO SECURE COUNSEL** |

On February 3, 2016, this Court granted Shustak Reynolds & Partners, P.C.'s Motion to Withdraw as Counsel for Defendant Bock Evans Financial Counsel ("Bock Evans"). Docket No. 57. In that Order, the Court granted Bock Evans 30 days – or until March 4, 2016 – to find substitute counsel, or else have its answer stricken and default entered against it. *Id.* at 4. With that deadline to secure substitute counsel approaching, Bock Evans filed an Administrative Motion for Extension to Secure Counsel on February 29, 2016. Docket No. 58. Bock Evans seeks a 60-day extension of the Court's original deadline for securing replacement counsel. *Id.* at 2.

In its Administrative Motion, Bock Evans explained that it has contacted three prospective law firms since the Court's Order, but has yet to hear back from any of the three firms, and therefore has yet to secure replacement counsel. *Id.* Because Bock Evans is actively taking steps to comply with the Court's order, the Court is willing to grant some extension of the deadline to enable Bock Evans to follow through with these attempts to secure counsel. But the same concerns that motivated the Court's original 30-day deadline persist, such that Bock Evans' request for a 60-day extension is unwarranted.

Accordingly, Bock Evans' Administration Motion is hereby GRANTED IN PART. The deadline to secure replacement counsel shall be extended 45 days – or until April 18, 2016. Bock Evans therefore has until April 18, 2016 to find substitute counsel. If Bock

1  Evans has not filed a substitution of counsel by that date, then its answer will be deemed
2  stricken and default will be entered against it.
3     No further extensions will be entertained by this Court.

**IT IS SO ORDERED.**

Dated: 03/01/16

_____
THELTON E. HENDERSON
United States District Judge