1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

BOCK EVANS FINANCIAL COUNSEL, LTD., a Colorado corporation

Defendant.

Case No. 3:15-CV-01763  TEH

**CLASS ACTION**

**ORDER STRIKING DEFENDANT'S ANSWER AND ENTERING DEFAULT**

On February 3, 2016, this Court entered an order allowing Defendant Bock Evans Financial Counsel, Ltd.'s counsel to withdraw and providing Defendant until March 4, 2016, to find substitute counsel. [Dkt. No. 57]. The order also stated that if Defendant did not file a substitution of counsel by that date, Defendant's "answer will be deemed stricken and default entered against it." *Id.* On April 1, 2016, at Defendant's request, this Court entered an order extending to April 18, 2016, Defendant's time to retain new counsel. [Dkt. No. 59]. That order also stated that if a substitution of counsel was not filed by that date, Defendant's "answer will be deemed stricken and default entered against it," and that "[n]o further extensions will be entertained by this Court." *Id.*

No substitution of counsel was filed by the stated deadline. It is hereby ordered that Defendant's answer is stricken and default entered against Defendant.

**IT IS SO ORDERED.**

DATED: 5/18/2016

THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE