UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE B. MILLINER, et al.,

          Plaintiffs,

    v.

BOCK EVANS FINANCIAL COUNSEL, LTD.,

          Defendant.

Case No. 15-cv-01763-TEH

**ORDER TERMINATING DEFENDANT'S MOTION TO STAY**

On February 3, 2016, this Court granted Shustak Reynolds & Partners, P.C.'s Motion to Withdraw as Counsel for Defendant Bock Evans Financial Counsel, Ltd. ("Bock Evans"). Dkt. No. 57. In that Order, the Court granted Bock Evans 30 days – or until March 4, 2016 – to find substitute counsel, or else have its answer stricken and default entered against it. *Id.* at 4. On March 1, 2016, upon motion by Bock Evans, the Court extended this deadline by 45 days – or until April 18, 2016. Dkt. No. 59.

Instead of meeting this deadline, Bock Evans filed a motion to stay these proceedings. Dkt. No. 61. This filing is improper because Bock Evans remains unrepresented, and corporations may not appear in federal court except by counsel. Civ. L.R. 3-9(b); *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993). The Court has already stricken Bock Evans's answer and entered default against it, Dkt. No. 66, which Bock Evans was warned (multiple times) would happen if it did not secure counsel by the (extended) April 18, 2016 deadline. The Court now also terminates Bock Evans's improperly filed motion to stay.

**IT IS SO ORDERED.**

Dated: 06/27/16                                                  _____
THELTON E. HENDERSON
United States District Judge