David Sturgeon-Garcia. Esq. (State Bar No. 157390)
THE LAW OFFICES OF DAVID STURGEON-GARCIA
1100 Moraga Way, Suite 208
Moraga, CA 94556
Telephone:  925.235.7290

Attorneys for Plaintiffs Charlotte B.
Milliner, Joanne Brem, and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE B. MILLINER, as trustee of the Charlotte B. Milliner Trust dated January 30, 1997, and as owner and holder of the CHARLOTTE B. MILLINER SEP IRA; JOANNE BREM, as Trustee of the Van Santen-Brem Revocable Trust, for themselves and on behalf of all others similarly situated, | Case No.: 15-cv-01763 JD<br><br>NOTICE OF CONTINUANCE OF HEARING RE:  DEFAULT JUDGMENT<br><br>Hearing Date:  May 9, 2019<br>Time:            10:00 a.m.<br>Place:           Courtroom 11; 19th Floor<br>                    Hon. James Donato |
| Plaintiffs, | |
| v. | |
| BOCK EVANS FINANCIAL COUNSEL, LTD., | |
| Defendant. | |

TO DEFENDANT:

PLEASE TAKE NOTICE that the Court has continued the hearing on Plaintiffs' Motion

for Default Judgment (Dkt No. 86) to May 9, 2019 at 10:00 a.m.  A copy of the Court's Order

(Dkt.No. 88) is attached.

DATED:  February 8, 2019

The Law Offices of David Sturgeon-Garcia

By:___*/s/ David Sturgeon-Garcia*____
       David Sturgeon-Garcia

- 1 -

**David Sturgeon**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, February 08, 2019 11:58 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:15-cv-01763-JD Milliner et al v. Bock Evans Financial Counsel, Ltd. Order |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

**Notice of Electronic Filing**

The following transaction was entered on 2/8/2019 at 11:57 AM PST and filed on 2/8/2019
**Case Name:**     Milliner et al v. Bock Evans Financial Counsel, Ltd.
**Case Number:**   3:15-cv-01763-JD
**Filer:**
**Document Number:** 88(No document attached)

**Docket Text:**
ORDER. The hearing on plaintiffs' motion for default judgment, Dkt. No. 86, is continued to May 9, 2019 at 10:00 a.m. Plaintiffs are directed to promptly advise defendant Bock Evans Financial Counsel, Ltd. of this new hearing date. Signed by Judge James Donato on 2/8/2019. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc1S, COURT STAFF) (Filed on 2/8/2019)

**3:15-cv-01763-JD Notice has been electronically mailed to:**

**David Sturgeon-Garcia     dsglaw@comcast.net**

**3:15-cv-01763-JD Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

**Bock Evans Financial Counsel, Ltd.**
**1830 Clermont Street**
**Denver, CO 80220**

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 1100 Moraga Way, Suite 208, Moraga, California 94556.  On February 8, 2019, I served the following document(s) by the method indicated below:

NOTICE OF CONTINUANCE OF HEARING RE:  DEFAULT JUDGMENT

☐ By transmitting via facsimile on this date the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 p.m. and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Moraga, California addressed as set forth below.  I am readily familiar with the office's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.  A copy of the consignment slip is attached to this proof of service.

Bock Evans Financial Counsel, Ltd.
1830 Clermont Street
Denver, CO  80220

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 8, 2019, at Moraga, California.

David Sturgeon-Garcia